**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ERNEST BILLIZONE, SR., ET AL.**                              CIVIL ACTION

**VERSUS**

**ALAN J. REINECKE, ET AL.**                                   NO. 10-0084-JJB-CN

**O R D E R**

The pro se plaintiffs, inmates presently confined at the St. Martin Deporres Work Release Facility in Lake Charles, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Alan J. Reinecke, Hilliary Broussard, Bryan Lewis, Jeanette Doucet, Sheila Cradeur, Denae Vaughn, Jeff Clark, Jamesa Leger, the St. Martin Deporres Work Release Facility, James M. LeBlanc, and Frank Seward, complaining that the defendants have violated the constitutional rights of inmates housed at that facility in numerous respects.

Under the provisions of 28 U.S.C. §§ 1391(b)(1) and (2), and 28 U.S.C. §§ 1404(a) and 1406(a), a District Court may, in the interest of justice and for the convenience of the parties, transfer a claim to a court of proper venue.  In the instant case, inasmuch as the plaintiffs' claims have occurred entirely within the Western District of Louisiana, and inasmuch as the plaintiffs, the principal defendants, and all witnesses related to this action are located within the Western District of Louisiana,

**IT IS ORDERED**, sua sponte, that this action be and it is hereby **TRANSFERRED** to the Western District of Louisiana.

WDLA

**IT IS FURTHER ORDERED** that a determination regarding the plaintiffs' entitlement to proceed in forma pauperis be and it is hereby deferred to the transferee court for resolution.

Signed in chambers in Baton Rouge, Louisiana, February 3, 2010.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**