# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

RECEIVED
MAR 0 3 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

ERNEST BILLIZONE SR., ET. AL.

DOCKET 2:10CV168

VERSUS

SEC. "P"

FILED: _____

ALAN J. REINECKE, ET. AL     S:/

## MOTION TO DISMISS
### WITHOUT PREJUDICE

NOW INTO COURT, COMES ERNEST BILLIZONE SR., IN PROPER PERSON, AND RESPECTFULLY MOVES THIS HONORABLE COURT TO DISMISS THE ABOVE NUMBERED CAUSE OF ACTION, **WITHOUT** PREJUDICE, AND AS GROUNDS SHOWS THE FOLLOWING REASONS, TO WIT:

## JURISDICTION

JURISDICTION IS PROPERLY VESTED WITHIN THIS COURT PURSUANT TO U.S. CONSTITUTION'S FOURTEENTH AMENDMENT, AND ARTICLE I. SECTION 2 OF THE LOUISIANA CONSTITUTION.

# I.

PLAINTIFF MOVES THIS HONORABLE COURT TO VOLUNTARILY ALLOW HIM TO DISMISS THIS CAUSE OF ACTION WITHOUT PREJUDICE. PETITIONER/PLAINTIFF IS SEVERELY HANDICAPPED IN THIS INSTANT CAUSE OF ACTION, AS HE DOES NOT HAVE <u>ANY</u> ACCESS TO A LAW LIBRARY OR EVEN ANY ASSISTANCE FROM A LEGALLY KNOWLEDGABLE PERSON, NOR DOES HE POSSESS A BOOK ON THE FEDERAL CIVIL RULES OF PROCEDURE. SO, IN ESSENCE HE IS UNAWARE OF PROPER PROCEDURES TO FURTHER LITIGATE THIS ACTION.

PLAINTIFF ASKS THIS COURT, THAT FOR THE REASONS ARTICULATED ABOVE THAT HE IS GRANTED A VOLUNTARY DISSMISSAL OF HIS FOREGOING CAUSE OF ACTION **WITHOUT PREJUDICE**.

**WHEREFORE**, PLAINTIFF PRAYS THAT HE IS GRANTED DISSMISSAL WITHOUT PREJUDICE BY THIS HONORABLE COURT.

RESPECTFULLY SUBMITTED,

DATE: FEBRUARY 26, 2010

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

# ORDER

IT IS ORDERED, that the State of Louisiana show cause on this _____ day of _____, 20___, why this instant cause of action should not be dismissed without prejudice.

THUS DONE AND SIGNED, on this _____ day of _____, 20___ at Shreveport, Louisiana.

_____
JUDGE

_____
JUDGE

_____
JUDGE

RECEIVED
BY: _____
MAR 0 3 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

ERNEST BILLIZONE, SR.
1101 CANVASBACH ST.
LAKE CHARLES, LA. 70615

FEBRUARY 26, 2010

DEAR CLERK, I HAVE VOLUNTARILY AGREED TO DISSMISS THIS CAUSE OF ACTION, AND I WISH TO HAVE MY ORIGINAL COMPLAINT RETURNED TO ME AT THE ABOVE ADDRESS.

RESPECTFULLY,

*[signature]*

ATTACHED IS A MOTION TO DISMISS

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

RECEIVED
MAR 03 2010
BY: _____
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
300 FANNIN STREET
SUITE 1167
SHREVEPORT, LA. 71101-3083

711014+3083