# A COMPLAINT UNDER THE CIVIL RIGHTS ACT

42 U.S.C.1983

RECEIVED
BY: _____ M
MAR 2 4 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
<u>WESTERN</u> DISTRICT OF LOUISIANA

<u>THE MEN AND WOMEN RESIDENTS OF</u>

<u>ST. MARTIN DEPORRES WORK RELEASE</u>

_____
(Enter above the full name of each plaintiff in this action)

____ 2:10-cv-0168 Sec. P
**CLASS** Civil Action

_____Trimble_____
Judge

_____Kay_____
Magistrate Judge

VERSUS

<u>ALAN J. REINECKE; ROBERT LEONARD; JAMES</u>

<u>M. LEBLANC; FRANK SEAWARD; JEANETTE</u>

<u>DOUCET; SHEILA CRADEUR; HILLARY BROUSSARD;</u>

<u>BRYAN LEWIS; DENAE VAUGHN; JAMESA LEGER</u>
(Enter above the full name of each defendant in this action)

<u>JURY TRIAL DEMANDED</u>

"<u>MOTION TO CERTIFY CLASS FORTHCOMING</u>"

**Instructions for Filing Compliant by Prisoners
Under the Civil Rights Act, 42 U.S.C. 1983.**

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your compliant for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service is needed. Otherwise, you must supply a copy of the compliant and the service address for **each** defendant no longer employed by the Deparrtment of Public Safety and Corrections.

<u>All copies of the compliant must be identical to the original.</u>

-1-

49 PAGES

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshall will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service cost, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is include in the packet. You must sign the affidavit, and obtain a signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from you inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS**.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the __WESTERN__ District of Louisiana.

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes (✓)   No ( )

   B. If your answer to **A** is **Yes**, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

   Plaintiff(s): __ERNEST BILLIZONE SR. "ET. AL."__
   TOO MANY PLAINTIFFS TO NAME ALL OF THEM ASSOCIATED WITH THIS ONE CLAIM

   Defendant(s): __ALAN J. REINECKE, JAMES M. LEBLANC, FRANK SEAWARD, HILLARY BROUSSARD, JEFF CLARK, BRYAN LEWIS, JEANETTE DOUCET, SHEILA CRADEUR, DENAE VAUGHN, JAMESA LEGER__

   2. Court (if federal court, name the district; if state court, name the parish):

   __MIDDLE DISTRICT OF LOUISIANA AND TRANSFERRED TO THE WESTERN DISTRICT OF LOUISIANA__

   3. Docket number: __2:10-cv-00168__

-2-

4. Name of Judge to whom case was assigned: JUDGE TRIMBLE AND JUDGE KAY

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
VOLUNTARILY DISMISSED BY PLAINTIFF TO CORRECT DEFICIENCIES, AND LACK OF ACCESS OR ASSISTANCE TO LAW LIBRARY
DISMISSED WITHOUT PREJUDICE BY JUDGE KAY

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previosly filed lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious or failure to state a claim for which relief can be granted?

Yes ( ) No (✓)

If your answer is **Yes**, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: ST. MARTIN DEPORRES WORK RELEASE
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

A. Is there a prisoner grievance procedure in this instutition?

Yes (✓) No ( )   BUT IT DOES NOT WORK

B. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes (✓) No ( )

C. If your answer is **Yes**:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. (Attach a copy of each prison response and/or decision rendered in the administrative proceeding.)

NO ANSWERS ARE EVER GIVEN, SEE COMPLAINT AND ATTACHED PRELIMINARY INJUNCTION AND TRO

-3-

2. What step did you take? TALKING TO ADMINISTRATION, WRITING REQUISITIONS AND FINALLY WRITING GRIEVANCES TO NO AVAIL, FILED 1983 FORM

3. What was the result? RETALIATION TO ME AND OTHER INMATES NAMED IN PRIOR LITIGATION OF THESE COMPLAINTS

D. If your answer is **No**, expalin why not: _____

III. **Parties to Current Lawsuit**

(In Item A below. Place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) ERNEST BILLIZONE SR. ET. AL., REQUEST ANONYMITY OF OTHER INMATES DUE TO RETALIATION FROM ROBERT LEONARD, ALAN J. REINECKE ON PRIOR MATTER IN YOUR COURT. 2:10-CV-00168

Address 1101 CANVASBACK ST., LAKE CHARLES, LA. 70615

In Item **B** below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item **C** for the names, positions, and places of employment of any additional defendants.

B. Defendant ALAN J. REINECKE

is employed as DIRECTOR OF CINC, ST. MARTIN DEPORRES WORK RELEASE

at 1101 CANVASBACK ST., LAKE CHARLES, LA. 70615

C. Additional Defendants: ROBERT LEONARD, JAMES M. LEBLANC, FRANK W. SEAWARD, JEANETTE DOUCET, SHEILA CRADEUR, HILLARY BROUSSARD, BRYAN LEWIS, DENAE VAUGHN, JAMESA LEGER

### IV. Statement of Claim

State here as briefly as possible the **facts** of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any arguments or cite any cases or statutes**. If you intend to alleged number of related claims, number and set forth each claim in a seperate paragraph. (Use as much space as need. Attach extra sheets if necessary.)

HERE AT CINC, ST. MARTIN DEPORRES WORK RELEASE / CEDARWOOD MANOR, I ALONG WITH HUNDREDS OF OTHER SIMILARLY SITUATED RESIDENTS ARE BEING DENIED ACCESS TO COURTS, DENIED THE RIGHT TO POSSESS LEGAL BOOKS, AND MATERIALS NEEDED TO LITIGATE PENDING CASES PROPERLY, BEING DENIED ACCESS TO LAW LIBRARY, ESPECIALLY IF YOU WANT TO FILE A LEGITIMATE 42 U.S.C. § 1983 LAWSUIT AGAINST THEM OR ANYONE ELSE FOR THAT MATTER OF FACT. INMATES ARE DENIED COPIES OF MOTIONS OR ANYTHING TO SEND INTO COURT ON THEIR PENDING CASES. CONFIDENTIAL, PRIVILEGED LEGAL MAIL IS OPENED OUTSIDE OF THE INMATES PRESENCE. I AND OTHER SIMILARLY SITUATED INDIVIDUALS AND RESIDENTS ARE FORCED TO WORK ON JOBS WITHOUT PROPER CLOTHING, SHOES, OR ACCESSORIES NEEDED. SOMETIMES IN EXCESS OF TWO WEEKS IN ELEMENTS WHICH ARE UNFAVORABLE TO THEIR HEALTH AND WELL-BEING. I, FOR ONE WAS FORCED TO ENDURE TEMPERATURES OF 27° WITH LOWER WIND-CHILL FACTORS WITHOUT A JACKET, BOOTS, OR PROPER CLOTHING IN EXCESS OF TWO AND A HALF WEEKS. FINALLY, I WAS THREATENED BY MR. BROUSSARD, CINC'S HEAD OF SECURITY

"SEE: CONTINUATION ON ATTACHED PAGES"

### V. Relief

**State briefly exactly what you want the court to do for you.** Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

GRANT PRELIMINARY INJUNCTION AND TRO. ALSO GRANT MOTION CERTIFYING CLASS, AS WELL AS RETURN ALL MONIES ILLEGALLY TAKEN FOR INCIDENTAL FEES OR ANY OTHER FEES TOTALLING MORE THAN 50%, STARTING FROM BEGINNING OF VIOLATION. PUNITIVE DAMAGES GRANTED TO BE DETERMINED BY COURT, AND FOR THE COURT TO DECLARE THIS PRACTICE ILLEGAL, AND ORDER THEM TO CEASE THIS PRACTICE. ALSO, TO ORDER FACILITY TO BEGIN TRANSPORTING INMATES TO THE FUNERALS OF ONLY IMMEDIATE FAMILY: "MOTHER, FATHER, SISTER OR BROTHER.

SEE ATTACHED INJUNCTION

### VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, if I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

# STATEMENT OF CLAIM CONTINUATION
## FROM SECTION IV.

WITH THREATS OF RETALIATION IF I CHOOSE TO PURSUE THESE MATTERS ANY FURTHER. I, ALONG WITH EVERY INMATE RESIDENT HOUSED AT ST. MARTIN DEPORRES WORK RELEASE/CEDARWOOD MANOR ARE BEING EMBEZZLED, AND SUBJECTED TO THEFT BY FRAUD BY ALAN J. REINECKE, ROBERT LEONARD, JAMES M. LEBLANC, FRANK SEAWARD, JEANETTE DOUCET, SHEILA CRADEUR, AND DENAE VAUGHN, BY THEM ILLEGALLY TAKING FUNDS FROM INMATES ABOVE AND BEYOND (50%) FIFTY-PERCENT AND CONTRARY TO THE LAWS OF THIS STATE.

ALSO INMATE RESIDENTS ARE DENIED TRANSPORTATION FROM ST. MARTIN DEPORRES WORK RELEASE TO ANY INMATES IMMEDIATE FAMILY MEMBER FUNERAL, WHICH CONSISTS OF "MOTHER, FATHER, SISTER, OR BROTHER. I WAS REFUSED TRANSPORTATION FROM ALAN J. REINECKE AND FRANK SEAWARD, ALSO MS. SHEILA CRADEUR HIGH RANKING CINC OFFICIALS WHOM COULD HAVE APPROVED THIS, BUT I AND OTHERS SIMILARLY SITUATED WERE REFUSED BY OUR LEGAL CUSTODIAN WHOM IS SOLELY RESPONSIBLE. I, HAD TO DEPEND ON THE DUE DILIGENCE OF MY SISTERS TO FACILITATE MY TRANSPORTATION FROM THE DEPT. OF. CORRECTIONS, WHICH WAS NOT A FAVORABLE ACTION AND IT DEPRIVED ME OF THE ENTIRE SERVICE, WHICH I ONLY WAS ALLOWED A PORTION OF MY MOTHER'S FUNERAL AND THEN RUSHED BACK TO PRISON SETTING. I PLACE FAULT ON CINC OFFICIALS, MY FAMILY WAS WILLING TO PAY FOR THEM TO BRING ME, AND IT IS LEGALLY THEIR SOLE RESPONSIBILITY TO DO SO ANY WAY. THIS WAS STATED BY A VERY RELIABLE D.O.C. OFFICIAL, THAT IT WAS CINC'S RESPONSIBILITY TO TRANSPORT ME.

CINC OFFICIALS REFUSE TO PROVIDE A COPY OF THE CONTRACT TO INMATES WHICH THEY WERE FORCED TO SIGN UNDER DURESS, WHICH ALLOWS CINC OFFICIALS TO ILLEGALLY TAKE, AND EMBEZZLE HARD EARNED DOLLARS VIA AN INCIDENTAL FEE WHICH EXCEEDS THE

-5A-

"LAWFUL" MAXIMUM OF (50%) FIFTY PERCENT WRITTEN BY THE LOUISIANA LEGISLATURE AND ACCEPTED AS LAW.

ALSO, INMATE RESIDENTS ARE NOT ALLOWED TO POSSESS CUPS TO USE FOR DRINKING WATER, BUT ARE FORCED TO DRINK OUT OF OUR HANDS OUT OF A SINK WHICH IS USED TO BRUSH YOUR TEETH WASH YOUR HANDS AND FACE, AND IS USED TO SPIT INTO ON OCCASIONS. INMATE RESIDENTS FROM THE PREVIOUS CAUSE OF ACTION WHICH WAS WITHDREW TO CORRECT DEFICIENCIES, AND FOR "NO" ACCESS TO LAW LIBRARY OR ASSISTANCE TO PREPARE.

INMATES ARE DENIED "PROMPT" OR PROPER MEDICAL ATTENTION AND THERE ARE NO MEDICALLY TRAINED STAFF ON SITE. JUST RECENTLY AN INMATE, WILLIE ALEXANDER PUT IN A REQUISITION FOR TREATMENT OF A GROWING ABCESS, MS. CRADEUR, AND BROUSSARD DENIED THAT INMATE ALEXANDER PLACED A SICK CALL SLIP IN, EVEN AFTER ANOTHER MONITOR FOUND THE SLIP AND GAVE IT TO MS. CRADEUR SHE TRIED TO DESTROY IT BECAUSE INMATE ALEXANDER HAD TO BE RUSHED TO THE HOSPITAL VIA AMBULANCE AFTER EXPERIENCING STROKE AND SEIZURE LIKE SYMPTOMS. OTHER INMATES HAVE BEEN REFUSED PROMPT AND PROPER MEDICAL TREATMENT, SUCH AS DONALD WILSON AND JEREMY WALKER, JUST TO NAME A FEW. ALSO DONNIE SMITH, LOST HIS EYE DUE TO CINC OFFICIALS FAILING TO GIVE MEDICAL ATTENTION PROMPTLY, AFTER INMATE GOT SOMETHING IN HIS EYE AT "RICE MILL". CINC OFFICIALS TRANSFERRED HIM BACK TO D.O.C. BECAUSE OF MEDICAL & CINC OFFICIALS ONLY CARE ABOUT HOW MUCH MONEY THEY CAN MAKE OFF AN INMATE AND HOW MUCH INTEREST THEY MAKE OFF OF OUR MONEY. THIS IS WHY THEY DON'T ALLOW US TO DRAW MONEY AS WE NEED IT, THEY "CLAIM THEY ARE TRYING TO HELP US WITH MANAGEMENT SKILLS." THEY ALSO CLAIM THAT, "THE REASON WE ARE HERE AT CINC AND CEDARWOOD IS TO MAKE AND SAVE MONEY SO THAT WE CAN RETURN TO SOCIETY WITH FUNDS TO HELP SET UP OUR NEW LIFE". THIS IS A LIE BECAUSE THEY ARE TAKING ABOUT 80% OF OUR MONIES AND

-5B-

There are inmates who work (2 to 5) two to five months and go home without monies, but owe CINC for room and board, and CINC puts those inmates off of their property without furnishing a bus ticket to get home after they are released from serving their time. Nor do they provide a ride to the bus station. So the goal of CINC work release, and their owners, and administration, is to help themselves not the inmates. The proof is in the pudding and the paperwork which I've provided.

Also transportation fees and subsistence fees together total more than the lawful (50%) allowed by the legislature, and contrary to the laws of this state.

The owner of CINC, St. Martin DePorres Work Release, Robert Leonard threatened a great deal of inmate residents, and he also punished a few of them by laying them off from their jobs about 3 days, and telling others such as inmate Anthony Vigil whom told me that Robert Leonard said if we didn't take our names off that lawsuit we would lose our jobs and get shipped back to prison. Also, he sent his henchmen Alan J. Reinecke and Hillary Broussard to harrass me and other inmates. The women at Cedarwood were threatened to be shipped back to prison if they sign the affidavit, which CINC officials referred to as a petition. All in violation of the First Amendment of the U.S. Constitution, which gives a chilling effect to redress of grievances to government on legitimate claims such as this one. Also freedom of speech and expression is chilled. This is why inmates are afraid to sign their names openly. Also legal papers were stolen out of my locker per Mr. Broussard and Alan J. Reinecke.

- 5c -

2. I understand that even if I allowed to proceed in forma pauperis, I am responsible for paying the initial filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this **22** day of **MARCH**, 20**10**.

ERNEST BILLIZONE SR.
*Lt Billy Sr.* 318027

Joey Mercadel #113961

*Gary Smith*

Signature of plaintiff(s) and Prisoner Number (Louisiana Department of Corrections or Federal Bureau of Prisons)

ALL RESIDENTS OF ST. MARTIN DEPORRES WORK RELEASE /CEDARWOOD MANOR" REQUEST ANONYMITY" BECAUSE OF THE RECENT RETALIATION BY ROBERT LEONARD AND ALAN J. REINECKE, AND HILLARY BROUSSARD. ALL PLAINTIFFS NAMES WILL BE DISCLOSED ONLY FOR VIEWING OF COURT AND ASKS COURT TO SEAL IT UNTIL TRIAL COMMENCES.

ALL PLAINTIFFS HEREIN THIS FORGOING CAUSE OF ACTION REQUEST THAT THEY NOT BE RETALIATED AGAINST IN ANY WAY BY SHIPPING OR TRANSFERRING THEM TO ANY D.O.C. FACILITY " UNLESS IT IS TO TRANSFER THEM TO ANOTHER WORK RELEASE OR HALFWAY HOUSE IN A GEOGRAPHICALLY CLOSER PROXIMITY TO THEIR HOMES" ANY OTHER ACTIONS BESIDES THE UNDERLINED WILL BE TAKEN AS RETALIATION.

CONTACT ERNEST BILLIZONE FOR LIST OF NAMES.

-6-

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

CLERK PLEASE READ
REVERSE SIDE OF ENVELOPE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
300 FANNIN ST.
SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

RECEIVED
MAR 24 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

X-RAY

FIRST CLASS MAIL



"SORRY FOR ENVELOPE, BUT CINC, WORK RELEASE DON'T ALLOW US TO BUY BROWN LEGAL ENVELOPES FOR COURT MATTERS, SO I HAD TO REUSE THIS ONE."