UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Order

10-CV-0168
Sec P

THE MEN AND WOMEN RESIDENTS OF
ST. MARTIN DEPORRES WORK-RELEASE

RECEIVED
BY: KWB
APR 07 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

CLASS ACTION

VERSUS

CIVIL No.______

ALAN J. REINECKE
ROBERT LEONARD
JAMES M. LEBLANC
FRANK SEAWARD
JEANETTE DOUCET
SHEILA CRADEUR
HILLARY BROUSSARD
BRYAN LEWIS
DENAE VAUGHN
JAMESA LEGER

MAGISTRATE:______

SECTION:______

# MOTION TO CERTIFY THE CLASS

NOW INTO COURT, COMES ERNEST BILLIZONE SR., IN PROPER PERSON, WHOM RESPECTFULLY MOVES THIS HONORABLE COURT FOR CLASS CERTIFICATION, AND AS GROUNDS WOULD SHOW THE FOLLOWING REASONS TO WIT:

## JURISDICTION

JURISDICTION IS PROPERLY VESTED WITHIN THIS HONORABLE COURT PURSUANT TO ALL APPLICABLE, LOCAL CIVIL RULES OF PRACTICE, AND CIVIL CODES OF PROCEDURE, ALSO RULE 8(c), AND RULE 23(b)(2), 23(b)(3)

# STATEMENT OF THE FACTS

THIS IS A CLASS ACTION LODGED BY ERNEST BILLIZONE SR. IN BEHALF OF HIMSELF AND AT LEAST (150) ONE HUNDRED-FIFTY OTHER MALE AND FEMALE RESIDENTS OF THE ST. MARTIN DEPORRES WORK RELEASE / CEDARWOOD MANOR, WHOM WHO ALL ARE BEING SUBJECTED TO DENIAL OF DUE PROCESS OF LAW, DENIED MEANINGFUL OR ANY ACCESS TO LAW LIBRARY, SUBJECTED TO ILLEGAL IMPOSITION OF FEES, DENIED RIGHT TO BRING 42 U.S.C. § 1983, THREATS IN RETALIATION TO PLACING NAME ON A LEGITIMATE § 1983 CLAIM, SUBJECTED TO EMBEZZLEMENT, AND THEFT BY FRAUD OF THEIR HARD EARNED MONIES CONTRARY TO THE LAWS AND STATUTES OF THIS STATE, CONSTITUTIONAL VIOLATIONS TO U.S. CONSTITUTION'S FIRST AMENDMENT RIGHT TO REDRESS GRIEVANCES TO GOVERNMENT AND FREEDOM OF SPEECH, ALSO FOURTEENTH AMENDMENT VIOLATIONS OF DUE PROCESS.

# QUESTIONS OF LAW
## COMMON TO CLASS MEMBERS

1. CAN A TRADITIONAL WORK RELEASE FACILITY, OR ITS OWNERS, OR DIRECTORS, OR STAFF IMPOSE FEES WHICH EXCEED (50%) FIFTY PERCENT OF INMATE RESIDENTS WAGES WHOM PARTICIPATE IN A WORK RELEASE PROGRAM?

2. CAN AN INMATE BE DENIED TOTAL ACCESS OR MEANINGFUL ACCESS TO LAW LIBRARY, WHEN HOUSED AT A WORK RELEASE?

3. CAN AN INMATE BE DENIED ACCESS TO A LAW LIBRARY OR RESEARCH MATERIALS FROM LAW LIBRARY JUST BECAUSE HE OR SHE WANTS TO FILE A LEGITIMATE LAWSUIT?

4. CAN AN INMATE'S PRIVILEGED, CONFIDENTIAL LEGAL MAIL BE OPENED OUTSIDE OF AN INMATE'S PRESENCE?

## FACTS COMMON TO CLASS MEMBERS

1. ROBERT LEONARD, ALAN J. REINECKE, JAMES M. LEBLANC, FRANK SEAWARD, JEANETTE DOUCET, SHEILA CRADEUR, AND DENAE VAUGHN ARE ALL IN SOMEWAY CONNECTED, RESPONSIBLE, AND AWARE THAT THEY ARE ILLEGALLY TAKING FUNDS FROM INMATE RESIDENTS BY WAY OF EMBEZZLEMENT, AND THEFT BY FRAUD, AND CONTRARY TO THE LAWS OF THIS STATE.

2. ALAN J. REINECKE, ROBERT LEONARD, JAMES M. LEBLANC, FRANK SEAWARD, SHEILA CRADEUR, HILLARY BROUSSARD, BRYAN LEWIS, AND JAMESA LEGER ARE KNOWINGLY AND INTELLEGENTLY DENYING INMATE RESIDENTS ACCESS TO LAW LIBRARY AND PROPER ACCESS TO COURTS.

3. ALAN J. REINECKE, ROBERT LEONARD, JAMES M. LEBLANC, FRANK SEAWARD, AND SHEILA CRADEUR ARE DENYING INMATES WHO WANT TO FILE LEGITIMATE LAWSUITS ACCESS TO LAW LIBRARY.

4. INMATE RESIDENTS PRIVILEGED, CONFIDENTIAL LEGAL MAIL IS BEING OPENED OUTSIDE THE INMATE'S PRESENCE, ALSO A.R.P.'S ARE INTERCEPTED OR NOT FILED BY WORK RELEASE ADMINISTRATORS. HILLARY BROUSSARD, BRYAN LEWIS, AND SHEILA CRADEUR.

5. "ROBERT LEONARD, ALAN J. REINECKE," HILLARY BROUSSARD, ARE RESPONSIBLE FOR RETALIATING AGAINST INMATE RESIDENTS WHOM SIGNED THEIR NAMES ON PRIOR LAWSUIT OR HAD AN INTENT TO SIGN LAWSUIT.

6. ALAN J. REINECKE, ROBERT LEONARD, JAMES M. LEBLANC, FRANK SEAWARD, JEANETTE DOUCET, SHEILA CRADEUR, AND DENAE VAUGHN ARE IN VIOLATION OF HB 62, WHICH IS NOW ACT 266, ALSO CONTRARY TO LSA-R.S. 15:855.1, 2, AND R.S. 15:1111 (H). WHICH STATES IN PERTINENT PART:

"DEDUCTIONS FOR ROOM, BOARD, AND OTHER ADMINISTRATIVE COSTS RESULTING FROM PARTICIPATION IN A WORK RELEASE PROGRAM AUTHORIZED BY THIS SECTION SHALL NOT EXCEED FIFTY PERCENT OF THE WAGES RECEIVED BY THE INMATE."

7. ALAN J. REINECKE, ROBERT LEONARD, JAMES M. LEBLANC, FRANK W. SEAWARD, SHEILA CRADEUR, HILLARY BROUSSARD, AND BRYAN LEWIS ARE RESPONSIBLE AND IN VIOLATION OF INMATES 8th AMENDMENT OF THE U.S. CONSTITUTION, IN DENYING INMATES THE RIGHT TO PROMPT AND PROPER MEDICAL TREATMENT, AND INMATES HAVE BEEN SEVERELY INJURED AND MAIMED FOR LIFE DUE TO THEIR NEGLIGENCE.

## ALL CLAIMS AND DEFENSES ARE COMMON TO ALL CLASS MEMBERS

PLAINTIFFS CONTEND THAT EVERYONE OF THEM ARE BEING CHARGED ILLEGALLY, FEES WHICH ARE CONTRARY TO THE LAWS OF THIS STATE, AND BEING DENIED PROMPT OR PROPER ACCESS TO LAW LIBRARY AND ACCESS TO COURTS, AND ALSO PROPER OR PROMPT MEDICAL TREATMENT.

ALL PLAINTIFFS INVOLVED ARE CONFIDENT AND TRUSTING IN ERNEST BILLIZONE SR., TO FAIRLY AND ADEQUATELY REPRESENT AND PROTECT THE INTEREST OF THE CLASS.

# AFFIDAVIT

I ERNEST BILLIZONE SR., A PLAINTIFF IN THIS CAUSE OF ACTION, ALSO THE OFFICIAL REPRESENTATIVE OF THE INSTANT CAUSE OF ACTION, DO HEREBY CERTIFY THAT I WILL FAIRLY, IMPARTIALLY, AND ADEQUATELY PROTECT AND REPRESENT THE BEST INTEREST OF THE CLASS IN EVENT THE REQUEST TO APPOINT COUNSEL IS DENIED BY THE COURT.

AND AT THIS TIME, IN THE INTEREST OF THE CLASS, I ERNEST BILLIZONE SR. REQUEST THAT THIS HONORABLE COURT APPOINT COUNSEL TO REPRESENT THE CLASS.

SIGNED AND EXECUTED IN THE PRESENCE OF WITNESSES AT CINC, ST. MARTIN DEPORRES WORK RELEASE FACILITY ON THIS 3Rd DAY OF APRIL, 2010, LAKE CHARLES, LOUISIANA 70615.

Ernest Billizone Sr.
REPRESENTATIVE / PLAINTIFF

Gary Smith
WITNESS

Troy Mercadel
WITNESS

WITNESS

PLAINTIFF/REPRESENTATIVE, POINTS OUT THAT IF A CLASS ACTION IS TOO COMPLEX FOR A PRO SE PRISONER TO HANDLE, THAT COMPLEXITY OUGHT TO SUPPORT APPOINTMENT OF COUNSEL. SEE: DOE-V-COUGHLIN, 697 F. Supp. 1234, 1236 N. 4 (N.D.N.Y. 1988); DEAN-V-COUGHLIN, 107 F.R.D. 331, 335 (S.D.N.Y. 1985)

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

RECEIVED
BY: KB
APR 07 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

APRIL 3, 2010

RE: ATTACH TO 42 U.S.C. 1983 — MOTION TO CERTIFY CLASS & OBTAIN DOCKET No. OF ACTION

DEAR CLERK, CAN YOU PLEASE FILE THIS ALONG WITH MY 42 U.S.C.§ 1983 FORM WHICH WAS FILED ON MARCH 22, 2010. CAN YOU ALSO MAIL ME A DOCKET # ON THIS CAUSE OF ACTION, TITLED, "THE MEN AND WOMEN RESIDENTS OF ST. MARTIN DEPORRES WORK RELEASE — VS- ALAN J. REINECKE, ET. AL.", SO THAT I WILL BE ABLE TO REFERENCE AND ACCESS THIS CAUSE OF ACTION.

I THANK YOU IN ADVANCE FOR THIS AND ALL OF YOUR COOPERATION IN THIS VERY VITAL MATTER.

RESPECTFULLY,

[signature]

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

# ORDER

IT IS ORDERED, THAT THE STATE OF LOUISIANA SHOW CAUSE WHY CLASS ACTION CERTIFICATION SHOULD NOT BE GRANTED TO PLAINTIFFS ON THIS ______, DAY OF ______________, 20___.

IT IS FURTHER ORDERED, THAT CLASS ACTION CERTIFICATION IS GRANTED TO PLAINTIFFS ON THIS ______ DAY OF ______________, 20___.

SIGNED AND ORDERED, ON THIS ______ DAY ______________, 20___, AT SHREVEPORT, LOUISIANA.

______________________

JUDGE

PLEASE SERVE:

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

GARY SMITH
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

TROY MERCADEL
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

KATRINA GRIMSBY
800 AVENUE J
LAKE CHARLES, LA. 70615

______________________

______________________

______________________

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

RECEIVED
BY: KB
APR 07 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

LAFAYETTE LA 705
05 APR 2010 PM 2 T

Mail It Back
USA FIRST-CLASS FOREVER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
300 FANNIN ST.
SUITE 1167
SHREVEPORT, LA. 71101-3083

X-RAY

LEX NEX QUOD NOTAMUS

71101+3083