UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

THE MEN AND WOMEN RESIDENTS OF
ST. MARTIN DEPORRES WORK RELEASE

VERSUS

ALAN J. REINECKE
ROBERT LEONARD
JAMES M. LEBLANC
FRANK SEAWARD
JEANETTE DOUCET
SHEILA CRADEUR
HILLARY BROUSSARD
BRYAN LEWIS
DENAE VAUGHN
JAMESA LEGER

RECEIVED
BY: _____
APR 1 4 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

CLASS ACTION
CIVIL No. 2:10-CV-00168-P

MAGISTRATE: _____

SECTION: _____

## WRIT OF MANDAMUS / MOTION TO ENFORCE

NOW INTO COURT, comes ERNEST BILLIZONE SR., PRO SE, AND WHOM IS A PLAINTIFF AND OFFICIAL REPRESENTATIVE OF THIS INSTANT CAUSE OF ACTION WHICH WAS RE-FILED ON MARCH 22, 2010 AS A "NEW" CLASS ACTION U.S.C. 42 § 1983, WHOM RESPECTFULLY MOVES THIS HONORABLE COURT TO ISSUE A WRIT OF MANDAMUS TO ENFORCE THE WELL ESTABLISHED LAWS OF THE STATE OF LOUISIANA, NAMELY, HB 62, WHICH IS NOW ACT 266, AND "LSA-R.S." 15:1135.(C)", AND AS GROUNDS WOULD SHOW THE FOLLOWING REASONS TO WIT:

## JURISDICTION

JURISDICTION IS PROPERLY VESTED WITHIN THIS HONORABLE

COURT PURSUANT TO LA. C.CR.P. LSA-R.S. 15:1135.(C), ALSO JURISDICTION IS CONFERRED PURSUANT TO RULE 59(a), 62(a), AND 70, FED. R. CIV. P., ALSO ARTICLE I, SECTION 2,3, OF THE LOUISIANA CONSTITUTION AND THE 14th AMENDMENT TO THE UNITED STATES CONSTITUTION.

## QUESTIONS OF LAW

1. CAN A TRADITIONAL WORK RELEASE FACILITY, OR ITS OWNERS, DIRECTORS, OR STAFF IMPOSE FEES WHICH EXCEED (50%) FIFTY PERCENT OF INMATE RESIDENTS' WAGES WHOM PARTICIPATE IN A WORK RELEASE PROGRAM?

2. CAN AN INMATE BE DENIED TOTAL ACCESS, OR MEANINGFUL ACCESS TO LAW LIBRARY WHEN HOUSED AT A WORK RELEASE?

3. CAN AN INMATE BE DENIED ACCESS TO A LAW LIBRARY OR RESEARCH MATERIALS FROM LAW LIBRARY JUST BECAUSE HE OR SHE WANTS TO FILE A LEGITIMATE LAWSUIT?

## ARGUMENT

PETITIONER CONTENDS, THAT AS A MATTER OF LAW, "IF STATE REMEDIES ARE INSUFFICIENT TO STOP OR INSURE THAT PLAINTIFF'S CONSTITUTIONAL RIGHTS ARE KEPT INTACT, OR THAT PLAINTIFFS ARE CONTINUALLY SUBJECTED TO CONSTANT AND UNDUE INJURY TO HIS PERSON, PROPERTY, REPUTATION, OR OTHER RIGHTS, THE COURT MAY UTILIZE ITS POWERS TO ORDER THE PERFORMANCE OF SPECIFIC ACTS UNDER RULE 70, FED. R. CIV. P., ALSO SEE: HANKINS-VS-FINNELL, 964 F.2d. 853, 861 (8th CIR.) CERT. DENIED, 113 S.Ct. 635 (1992); GARY W.-VS-LOUISIANA, 622 F.2d 804, 806-07 (5th CIR. 1980), CERT. DENIED, 450 U.S. 994 (1981).

PLAINTIFF CONTENDS THAT THE LEGISLATORS OF

Louisiana enacted LSA-R.S. 15:1135.(C) as law, and that the St. Martin DePorres Work Release Facility and its Directors, Owners, and Employees do not respect nor comport or comply to this law which states in pertinent part;

("Deductions for room, board, and other administrative costs resulting from participation in a work release program authorized by this section shall not exceed fifty percent of the wages received by the inmate.")

St. Martin DePorres Work Release is illegally taking hundreds of thousands of dollars a year from Plaintiffs contrary to the laws of this state. Director Alan J. Reinecke and all other named defendants have been told of this fee being illegal by myself and others. Director Reinecke stated, "Until D.O.C. tells him to stop, he will continue to take it." SEE: ATTACHED INJUNCTION

Plaintiffs are being denied total access to law library. SEE MEMORANDUMS, attached to "Motion To Certify Class".

Plaintiffs are being continuously injured every month without fail, and will continue to suffer injury unless this court orders Alan J. Reinecke, et. al. to cease and desist these illegal activities, and the court to declare these actions illegal as a matter of law.

Plaintiffs prays, that this court will expeditiously order injunction enforced.

WHEREFORE, it is prayed that after the careful consideration of these issues presented, the facts of law presented, the arguments and in the interest of fairness and justice, that this honorable court will

IMMEDIATELY ORDER INJUNCTION ENFORCED, AND ILLEGAL FEES TO STOP.

RESPECTFULLY SUBMITTED,

DATE: 4-12-2010

*[signature]*

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

PLEASE SERVE:

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

ALAN J. REINECKE
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

GARY SMITH
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

TROY MERCADEL
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

KATRINA GRIMSBY
800 AVENUE J
LAKE CHARLES, LA. 70615

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

APRIL 11, 2010

RE: 2:10-CV-00168

RECEIVED
BY: _____

APR 1 4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

DEAR CLERK, I WILL SERVE THE DEFENDANTS A COPY OF THE COMPLAINT AND THE INJUNCTION, AND AFTER I OFFICIALLY SERVE THEM I WILL SEND THE COURT A COPY WITH THE DATE SERVED, AND WHO RECEIVED IT. IF IT ISN'T PROPER FOR ME TO GO ABOUT IT THIS WAY PLEASE INFORM ME OF THE PROPER WAY. ALSO COULD YOU SEND ME A COPY OF YOUR COURT RULES AND PROCEDURES?

I THANK YOU IN ADVANCE FOR YOUR TIME AND COOPERATION IN THIS VERY VITAL MATTER.

RESPECTFULLY,

[signature]

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

RECEIVED
APR 14 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

X-RAY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
300 FANNIN ST.
SUITE 1167
SHREVEPORT, LA. 71101-3083



