U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 3 2010

TONY R. MOORE, CLERK
BY _____UB_____ DEPUTY
     SHREVEPORT

ERNEST BILLIZONE SR.
1101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

APRIL 21, 2010

RE: SERVICE TO DEFENDANTS BY PLAINTIFFS IN MATTER 2:10-cv-00168 "NEW ACTION"

DEAR CLERK, THIS IS A LETTER FROM MR. ERNEST BILLIZONE SR. WITH AN ATTACHED CERTIFICATE OF SERVICE SHOWING THAT THE DEFENDANTS WERE INDEED SERVED A COPY OF THE ABOVE NUMBERED, FOREGOING CAUSE OF ACTION. THE SERVICE WAS EFFECTUATED BY MR. TROY MERCADEL, AS PER COURT RULES FOR SERVICE OF DOCUMENTS AND SUITS.

SEE: ATTACHED,

RESPECTFULLY,

*[signature]*

# CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY THAT A COPY OF THE LAWSUIT AGAINST THE CINC, ST. MARTIN DEPORRES WORK RELEASE WAS GIVEN TO ME, TO GIVE TO MR. ALAN J. REINECKE ON THIS 20th DAY OF APRIL, 2010, AT 8:30, A.M. BY MR. ERNEST BILLIZONE SR., AT ST. MARTIN DEPORRES WORK RELEASE, 1101 CANVASBACK ST., LAKE CHARLES, LA. 70615, VIA MR. MERCADEL.

RESPECTFULLY,

_____
RECIPIENT

_____
WITNESS

_____
WITNESS

ERNEST BILLIZONE JR.
101 CANVASBACK ST.
LAKE CHARLES, LA. 70615

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 23 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
300 FANNIN ST.
SUITE 1167
SHREVEPORT, LA. 71101-3083