U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 0 5 2010

TONY R. MOORE, CLERK
BY ___SHREVEPORT___ DEPUTY

ERNEST BILLIZONE SR.
P.O. Box 2876
ST. FRANCISVILLE, LA. 70775

APRIL 30, 2010

10-CV-0168
See P

DEAR CLERK OF COURT, I AM WRITING TO INFORM THE COURT OF MY CHANGE OF ADDRESS, AND I ASK THAT ANY MATTERS CONCERNING ME, BE SENT TO THE ABOVE ADDRESS. I THANK YOU IN ADVANCE FOR YOUR TIME AND COOPERATION IN THIS MATTER.

RESPECTFULLY,

[signature]

W. F. P. W. R.
P.O. Box 2876
ST. FRANCISVILLE, LA. 70775

X-RAY

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 0 5 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY
SHREVEPORT

LEGAL MAIL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
300 FANNIN ST.
SUITE 1167
SHREVEPORT, LA. 71101-3083